ACCEPTED
14-14-00855-cv
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
3/9/2015 6:12:55 PM
CHRISTOPHER PRINI
CLERK

No. 14-14-00855-CV

IN THE COURT OF APPEALS
FOR THE FOURTEENTH JUDICIAL DISTRICT
AT HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/9/2015 6:12:55 PM
CHRISTOPHER A. PRINE
Clerk

ADEEL ZAIDI, A. K. CHAGLA, PRESTIGE CONSULTING, INC.,
and APEX KATY PHYSICIANS – TMG, L.L.C., Appellants,

v.

PANKAJ K. SHAH and APEX KATY PHYSICIANS, LLC, Appellees.

## FOURTH MOTION OF APPELLANTS TO SUPPLEMENT THE RECORD

TO THE HONORABLE COURT:

Appellants move the Court to permit the supplementation of the record to include pleadings omitted from the Clerk's Record, as follows:

1.   Appellants timely designated the Clerk's Record for filing in this appeal. The designation was not filed by agreement. Pursuant to Appellants' express Request and Texas Rule of Appellate Procedure 34.5(a)(1), the Clerk's Record should have contained all pleadings in the record.

2.   The Clerk's office did not include a number of pleadings filed in this case; in fact, everything filed between March 7, 2012, and February 14, 2014, was omitted. This includes three pleadings that are material to this appeal. The omission was only recently discovered. The omitted items are listed on the attachment to the

most recent letter to the Harris County District Clerk again requesting supplementation of the record that was filed on March 9, 2015.

3. Appellants move this Court to permit this supplementation pursuant to the Texas Rules of Appellate Procedure. Such a motion may be filed and acted upon at any time, unless to grant it would unreasonably delay the appeal, and this motion will not. Granting this supplementation in this case will not unreasonably delay the handling of this appeal but will insure a more complete and honest record.

WHEREFORE, Appellants pray that this Motion be granted and for all other relief to which they are entitled.

March 9, 2015              Respectfully submitted,

LAW OFFICES OF DOUGLAS R. LITTLE

By /s/ *Douglas R. Little*
    Douglas R. Little
    State Bar No. 12416600
    The Lyric Centre, Suite 900
    440 Louisiana Street
    Houston, Texas 77002
    713.275.2069
    doug@douglasrlittle.com

COUNSEL FOR APPELLANTS

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served upon all counsel listed below via: _____ hand delivery; _____ certified mail, return receipt requested; _____ telefax transmission; _____ express mail; __ ✓__ eFileTexas.gov/electronic mail; or _____ first class United States mail, on the 9th day of March, 2015:

Andrew K. Meade
Jeremy Gaston
Hawash Meade, et al.
2118 Smith Street
Houston, Texas 77002

*/s/ Douglas R. Little*
Douglas R. Little

# DOUGLAS R. LITTLE
## ATTORNEY AT LAW
### THE LYRIC CENTRE, SUITE 900
### 440 LOUISIANA STREET
### HOUSTON, TEXAS 77002

713-275-2069                                              doug@douglasrlittle.com

March 9, 2015

*VIA eFILETEXAS.GOV*

Hon. Chris Daniel
Harris County District Clerk
201 Caroline Street, 4th Floor
Houston, Texas 77002

Re: *Apex Katy Physicians, LLC, et al. v. Zaidi, et al.*; No. 2009-02578, In the 61st District Court of Harris County, Texas, Consolidated with No. 2009-03055; On appeal to the Fourteenth Court of Appeals, No. 14-14-00855-CV

Dear Mr. Daniel:

Appellants requested preparation and filing of the Clerk's Record on appeal in this case by its Request Regarding Clerk's Record of October 22, 2014. Appellants requested inclusion of "all pleadings on which the trial was had, which includes all pleadings and other documents and notices filed in these consolidated cases." According, pursuant to Texas Rule of Appellate Procedure 34.5(a)(1), the Clerk's Record should have contained everything in the record.

A <u>fourth</u> example of material omission has been discovered. The Clerk's Record omits <u>everything</u> filed between March 7, 2012, and February 14, 2014, including the three pleadings filed in this case identified with check-marks on the attached excerpts from the district clerk's website printout for this case.

Pursuant to TRAP 34.5(c)(1), this is the request of Appellants Adeel Zaidi, A. K. Chagla, Prestige Consulting, Inc., and Apex Katy Physicians – TMG, LLC, that the identified pleadings on the attached printout be included in a supplement to be prepared, certified, and filed in the appellate court. I request that the preparation of this Supplement be expedited. ***Please advise of the cost of this Supplement as soon as possible.***

Thank your for your courtesies and prompt attention.

Very truly yours,

Douglas R. Little

Hon. Chris Daniel
March 9, 2015
Page 2


DRL/bms

cc:  Counsel of Record

**HCDistrictclerk.com**   APEX KATY PHYSICIANS L L C vs. ZAIDI, ADEEL   3/9/2015

Cause: 200902578   CDI: 7   Court: 061

√ = omitted

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| 64283426 | Deposition of Bret A. Schulte Taken on February 5, 2014 | | 02/17/2015 | 2 |
| 63619308 | Assignment | | 12/23/2014 | 3 |
| 63458564 | Fourteenth court of appeals (Postcard) | | 12/05/2014 | 1 |
| 63255027 | Request for Abstract of Judgment | | 11/19/2014 | 1 |
| 62982518 | Court of Appeals Fourteenth District (letter to court reporter) | | 10/23/2014 | 1 |
| 62874677 | Defendants Request Regarding Clerks Record | | 10/22/2014 | 3 |
| 62853298 | Filing Letter to Court Reporter | | 10/21/2014 | 2 |
| 62855954 | Defendant's Notice of Appeal | | 10/21/2014 | 2 |
| 62824038 | Plaintiffs' Objections to Defendants' Requested Additional Findings of Fact and Conclusions of Law and Counter-Request for Additional Findings of Fact and Conclusions of Law | | 10/20/2014 | 8 |
| 62824039 | Exhibit 1 | | 10/20/2014 | 4 |
| 62832058 | Defendants' Objection to Plaintiffs' "Counter-Request" for Additional Findings of Fact and Conclusions of Law | | 10/20/2014 | 3 |
| 62718542 | Defendants' Request for Additional Findings of Fact and Conclusions of Law | | 10/10/2014 | 5 |
| 62610049 | Defendants' Objections to Plaintiff's "Amended" Proposed Findings of Fact and Conclusions of Law | | 10/03/2014 | 4 |
| 62615732 | FINDINGS OF FACT/CONCLUSIONS OF LAW SIGNED | | 10/03/2014 | 8 |
| 62564608 | Plaintiffs amended proposed findings of fact and conclusions of law | | 09/30/2014 | 22 |
| 62429806 | Proposed Order Regarding Deposition Cuts for Gary Perryman | | 09/22/2014 | 1 |
| 62429807 | Exhibit 1 | | 09/22/2014 | 35 |
| 62429808 | Exhibit 2 | | 09/22/2014 | 1 |
| 62429809 | Exhibit 3 | | 09/22/2014 | 1 |
| 62449583 | ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE SIGNED | | 09/22/2014 | 3 |
| 62427489 | Notice of Hearing | | 09/19/2014 | 2 |
| 62292546 | Defendants Notice of Past Due Findings of Fact and Conclusions of Law | | 09/10/2014 | 2 |
| 61931527 | Defendants' Request for Findings of Fact and Conclusions of Law | | 08/12/2014 | 2 |
| 61708299 | Notice of Status Conference | | 07/24/2014 | 2 |
| 61710879 | FINAL JUDGMENT SIGNED FOR PLAINTIFF (NON-JURY) | | 07/24/2014 | 3 |
| 61769306 | Status Conference Scheduled | | 07/24/2014 | 13 |
| 61374292 | Proposed final judgment | | 06/27/2014 | 3 |
| 61337973 | Notice of Hearing | | 06/25/2014 | 3 |
| 61342818 | Proposed final judgment | | 06/25/2014 | 3 |
| 61052567 | ORDER SIGNED, CASE RETAINED ON DOCKET | | 06/03/2014 | 1 |
| 60800391 | Notice of disposition deadline | | 05/13/2014 | 13 |
| 60768224 | Defendants objections to plaintiffs proposed findings of fact and conclusions of law | | 05/12/2014 | 47 |
| 60768233 | Defendants proposed findings of fact and conclusions of law | | 05/12/2014 | 26 |
| 60715056 | | | 05/07/2014 | 19 |

| 59786120 | Plaintiff Apex Katy Physicians LLC and Pankaj K Shah MDs Response to Defendant AK Chaglas Motion to Quash Subpoena | 02/25/2014 | 7 |
|---|---|---|---|
| ·> 59786121 | Exhibit 01 | 02/25/2014 | 3 |
| ·> 59786122 | Exhibit 02 | 02/25/2014 | 11 |
| ·> 59786123 | Exhibit 03 | 02/25/2014 | 1 |
| ·> 59786124 | Proposed Order | 02/25/2014 | 2 |
| 59787966 | Subpoena for Trial | 02/25/2014 | 4 |
| 59787974 | Subpoena for Trial | 02/25/2014 | 4 |
| 59787976 | Subpoena for Trial | 02/25/2014 | 4 |
| 59767854 | Supplement to defendant AK Chaglas motion to quash subpoena | 02/24/2014 | 3 |
| ·> 59767855 | Exhibit 03 | 02/24/2014 | 1 |
| 59773088 | Notice of Hearing on no evidence motion for summary Judgment of Defendants AK Chagla and US TMG LLC | 02/24/2014 | 2 |
| 59787747 | Setting Reminder | 02/24/2014 | 26 |
| 59644816 | Amend Answer of Defendants Adeel Zaidi A K Chagla Prestige Consulting Inc Apex Katy Physicians Tmg LLC and Us Tmg LLC | 02/14/2014 | 4 |
| 59644863 | Plaintiffs Fourth Amended Petition | 02/14/2014 | 53 |
| 59646788 | Defendant A K Chaglas Motion to Quash Subpoena | 02/14/2014 | 4 |
| 59646789 | Proposed Order | 02/14/2014 | 1 |
| 59646790 | No-Evidence Motion for Summary Judgment of Defendants A K Chagla and US TMG LLC | 02/14/2014 | 4 |
| 59646791 | Proposed Order | 02/14/2014 | 1 |
| 59646795 | Notice of Oral Hearing | 02/14/2014 | 3 |
| 59541246 | Plaintiff Apex Katy Physicians LLp and defendant Pankaj K Shah MDs notice of filing business records affidavit with the court | 02/06/2014 | 3 |
| 59541247 | Tapscott Affidavit - Medistar Corp Business Record | 02/06/2014 | 5 |
| 59542842 | Notice of Cancellation of Oral Hearing | 02/06/2014 | 3 |
| 59508198 | Filing Letter for Jury Fee | 02/03/2014 | 1 |
| 59412906 | Rule 193.7 Notice of Self-Authentication | 01/29/2014 | 3 |
| 59348083 | Notice of Oral Hearing | 01/22/2014 | 3 |
| 59332799 | Notice of Separation of Counsel and Designation of lead counsel | 01/21/2014 | 4 |
| 58335984 | Notice of Appearance of counsel for Pankaj K Shah MD and Apex Katy Physicians LLC | 11/18/2013 | 3 |
| 58336097 | Pankaj K Shah MD and Apex Katy Physicians LLC Designation of Experts | 11/18/2013 | 4 |
| 58336494 | Defendants and counterclaimants/crossclaimants Pankaj K Shah, Bharati P Shah and Indus Associates LLCs supplemental designation and Ddsclosure of experts | 11/18/2013 | 5 |
| 58337177 | FREEfax Cover Sheet | 11/18/2013 | 1 |
| 58337273 | FREEfax Cover Sheet | 11/18/2013 | 1 |
| 56967613 | Return to Sender | 08/15/2013 | 1 |
| 56708437 | DOCKET CONTROL/PRETRIAL ORDER SIGNED | 07/22/2013 | 13 |
| 55247491 | Notice of Status Conference | 04/05/2013 | 13 |
| 54556095 | Letter Regarding Court Scheduled Status Conference | 01/25/2013 | 13 |
| 53476654 | Letter regarding court scheduled status conference | 09/21/2012 | 13 |
| 53476685 | Correspondence | 09/21/2012 | 3 |
| 51607164 | ORDER SIGNED GRANTING TRIAL CONTINUANCE | 03/12/2012 | 2 |